October 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MAXIMILLIAN ROEMER, Appellant

NO. 14-15-00715-CV                          V.

CLUB OF THE ISLE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 14, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Maximillian Roemer.

We further order this decision certified below for observance.